77 A.3d 633

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Melanie JAROMA, Respondent.**

Supreme Court of Pennsylvania.

Oct. 7, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of October, 2013, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court for consideration of *Commonwealth v. Brock,* 619 Pa. 278, 61 A.3d 1015 (2013) (holding that a motion to dismiss made pursuant to Pa.R.Crim.P. 600 must be made in

writing, and a copy of such motion must be served on the Commonwealth's attorney).